(November 1, 1923.)

## STATE, Respondent, v. CHARLES CARR, Appellant.

[219 Pac. 1119.]

APPEAL from the District Court of the Fifth Judicial District, for Bannock County. Hon. Robert M. Terrell, Judge.

Appellant was convicted of the crime of assault with intent to commit murder. *Affirmed.*

Peter & Tyler and Anderson & Jeffery, for Appellant.

A. H. Conner, Atty. Genl., Jas. L. Boone, Assistant, I. E. McDougall, Prosecuting Atty., and H. O. McDougall, for Respondent.

Counsel file no briefs.

DUNN, J.—In this case no brief has been filed by appellant, nor was any appearance made in his behalf at the time set for oral argument upon appeal.

An examination of the record shows no error in the trial. The evidence amply sustains the verdict and judgment convicting appellant of the crime of assault with intent to commit murder. The judgment is therefore affirmed.

Budge, C. J., and McCarthy, W. A. Lee and Wm. E. Lee, JJ., concur.